UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
_____

In re:

SHAUN PAUL GOBER,

    Debtor.
_____/

Case No. BT 21-00147
Chapter 7

EBF PARTNERS, LLC
d/b/a EVEREST BUSINESS FUNDING,

    Plaintiff,

-vs-

SHAUN PAUL GOBER,

    Defendant.
_____/

Adversary Proceeding
No. 21-80054

## JUDGMENT REGARDING NONDISCHARGEABILITY OF DEBT

    PRESENT:  HONORABLE JAMES W. BOYD
                           United States Bankruptcy Judge

    In accordance with a bench opinion given by this court on March 23, 2023, which reasoning is incorporated herein;

    NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED that:

1. The remaining balance of the debt owed by Defendant, Shaun Paul Gober, to Plaintiff EBF Partners, LLC d/b/a Everest Business Funding under the prior state court consent judgment is nondischargeable under 11 U.S.C. § 523(a)(6) in the amount of $75,991.76, plus any costs requested and taxed in accordance with Fed. R. Bankr. P. 7054(b).

2. The state court consent judgment is fully enforceable and collectible in the amount of $75,991.76 plus costs and shall bear interest at the state court interest rate.

3. Plaintiff's requests that the debt be excepted from discharge under 11 U.S.C. § 523(a)(4) and that the Defendant's discharge be denied under 11 U.S.C. § 727(a)(2) and (7) are DISMISSED for no cause of action.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Judgment pursuant to Fed. R. Bankr. P. 9022 and LBR 5005-4 upon Scott Mancinelli, Esq., attorney for the Plaintiff, and Paul I. Bare, Esq., attorney for the Defendant.

**END OF ORDER**

**IT IS SO ORDERED.**

**Dated March 24, 2023**



James W. Boyd
United States Bankruptcy Judge